# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KENDRICK STORY**
**ADC #109934**                                                      **PLAINTIFF**

v.                 No. 5:19-cv-155-DPM-JTK

**WALKER, Sergeant, Cummins Unit;**
**and COLE, CO, Cummins Unit**               **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, № 27, and overrules Defendants' objections, № 28. FED. R. CIV. P. 72(b)(3). It's not clear to the Court that noting when a condition ended in one's grievance appeal is the equivalent of raising a completely new issue. But in any event, the Department didn't reject Story's appeal on that theory. Instead, officials addressed the merits of his appeal. № 20-3 at 4. Defendants' motion for summary judgment, № 20, is therefore denied. *Hammett v. Cofield*, 681 F.3d 945, 947–48 (8th Cir. 2012).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 November 2019