IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENDRICK STORY
ADC #109934                                                         PLAINTIFF

v.                            No. 5:19-cv-155-DPM

WALKER, Sergeant, Cummins Unit;
and COLE, CO, Cummins Unit                                          DEFENDANTS

## JUDGMENT

Story's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 April 2020